IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL J. KOHAR, | ) |
| Appellant, | ) Civil Action No. 14-1427 |
| v. | ) Judge Cathy Bissoon |
| WELL FARGO BANK, N.A., | ) |
| Appellee. | ) |

## ORDER OF DISMISSAL

In light of Appellant's failure to timely respond to the Show Cause Order dated December 23, 2014 (Doc. 3), this case hereby is DISMISSED WITH PREJUDICE.[1]

IT IS SO ORDERED.

January 7, 2015

s\Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via First-Class U.S. Mail):

Michael J. Kohar
2401 Ridge Road, Ext.
Ambridge, PA 15003

Andrew Fletcher Gornall, Esq.
Knox, McLaughlin, Gornall & Sennett
120 West Tenth Street
Erie, PA 16501

---

[1] Dismissal is favored by *Poulis* factors 1 (personal responsibility), 3 (history of dilatoriness) and 4 (willfulness). Simply stated, despite the Court's prompting, Appellant has taken no action to prosecute this case since filing his Notice of Appeal.